IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 21-380 |
| TONY REN | : |

## ORDER

**AND NOW**, this 28th day of February 2023, upon considering the incarcerated Defendant's Motion for reduction of sentence or compassionate release (ECF Doc. No. 61) because he wishes to attend his father-in-law's funeral in China in mid-March 2023, the United States' Opposition (ECF Doc. No. 63), finding no basis to reduce or commute his ninety day incarceration to allow Defendant to leave the United States and return to complete his ninety day incarceration, not aware of a basis offered by the United States Sentencing Commission for compassionate release based upon attending a family member funeral or otherwise finding a release from a ninety day sentence at this stage furthers sentencing policy, and for reasons in the accompanying Memorandum, it is **ORDERED** the incarcerated Defendant's Motion (ECF Doc. No. 61) is **DENIED**.

KEARNEY, J.